DOCUMENTS TO BE SEALED

*PLAINTIFF*

-V-

*DEFENDANT*

# 20 CV 1385

DOCKET NUMBER:

DATE FILED: FEB 1 8 2020

SIGNED BY: JUDGE COTE

DATE SIGNED: FEB 1 4 2020

TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

___✓___ COMPLAINT / PETITION ONLY

___✓___ OTHER DOCUMENTS / EXHIBITS