JUDGE BUCHWALD

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INEOS AMERICAS LLC and<br>INEOS OXIDE LIMITED<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DOW CHEMICAL COMPANY<br><br>　　　　　　　　　Defendant. | **20 CV 1385**<br><br>20 Civ. _____<br><br>[PROPOSED] ORDER SEALING<br>PORTIONS OF COMPLAINT AND<br>CERTAIN EXHIBITS TO COMPLAINT |

Upon the oral application of Plaintiffs in the above captioned action and the annexed declaration of Rachel G. Skaistis, executed on February 14, 2020 ("Skaistis Declaration"), and good and sufficient reason appearing therein for the grant of said application, it is hereby:

ORDERED that, upon payment of the requisite filing fee, the Plaintiffs shall be permitted to file under seal (a) the complete, un-redacted Complaint in this action and Exhibits 1 and 2 to the Complaint and (b) Exhibits A, C and D to the Skaistis Declaration, ~~with access limited to the parties, their attorneys and authorized Court personnel,~~ only without prejudice to a later application, on notice, at any time before the judge to whom this action is assigned to unseal these materials; and it is further

ORDERED that, after filing under seal the un-redacted Complaint and Exhibits 1 and 2 to the Complaint, as set forth in the preceding paragraphs, the Plaintiffs are directed to publicly file a copy of the Complaint as redacted in the form attached as Exhibit B to the Skaistis Declaration; and it is further

ORDERED that, the Plaintiffs shall proceed forthwith to serve on Defendant a copy of this Order and the Skaistis Declaration, together with the summons, un-redacted Complaint, and any other materials required by the Federal Rules of Civil Procedure and applicable law.

Dated: February 14, 2020
New York, New York

_____
United States District Judge
Part I