UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INEOS AMERICAS LLC and<br>INEOS OXIDE LIMITED<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>DOW CHEMICAL COMPANY<br><br>　　　　　　　　　　Defendant. | No. 1:20-cv-01385-NRB |

### ~~[PROPOSED]~~ ORDER TO DISMISS

On September 30, 2020, the parties filed a joint stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Good cause appearing, the Court GRANTS the joint motion and DISMISSES WITH PREJUDICE this action in its entirety. Each party must bear its own attorneys' fees and costs. The Clerk of the Court is instructed to close the case.

SO ORDERED:

Dated: October 1, 2020
　　　　New York, New York

_____
NAOMI REICE BUCHWALD
United States District Judge